# EXHIBIT B:
# VALUE OF DEBTORS' ASSETS

**Cargo Workshop Inc.**

| | |
|---|---|
| Cash on hand after clearance of outstanding checks (approximate as balance changes daily) | $20,000.00 |
| Construction supplies, materials, equipment | $10,000.00 |
| Accounts Receivable, estimated collections | $40,000.00 |
| **Total Current Assets** | **$70,000.00** |