# EXHIBIT D:
# LIQUIDATION ANALYSIS

| Cargo Workshop Inc. | Market Value | Estimated Value in Liquidation |
|---|---|---|
| Cash on hand | $20,000.00 | $20,000.00 |
| Construction Supplies, materials, equipment | $10,000.00 | $5,000.00 |
| Accounts receivable, estimated collections | $40,000.00 | $10,000.00[3] |
| **Total Current Assets** | **$70,000.00** | **$35,000.00** |
| | Chapter 7 administrative expenses | $15,000.00 |
| | Chapter 11 administrative expenses | $15,000.00 |
| | <u>Available for Creditors</u> | <u>$5,000.00</u> |
| | Priority Claims | $57.45 |
| | Available for Unsecured Creditors | $4,942.55 |
| | Distribution to Unsecured Creditors in a Liquidation | 1.67% |
| | Distribution to Unsecured Creditors Under the Plan | 12.18%--25.72% |

---

[3] The Debtor estimates that post-petition receivables will not be collectible in a liquidation because the Debtor will be forced to cease work and leave projects unfinished.