# EXHIBIT E:
# EFFECTIVE DATE PAYMENTS

Cargo Workshop Inc.

| Administrative Claims | |
|---|---:|
| Morrison Tenenbaum PLLC | $15,000.00 |

| Priority Claims | |
|---|---:|
| New York State Department of Taxation and Finance | $57.45 |

| Unsecured Claims | Total Claim | Distribution (no AR) | Distribution with AR | Initial Distribution |
|---|---:|---:|---:|---:|
| Internal Revenue Service | $8,280.00 | $1,008.77 | $2,129.63 | $28.02 |
| American Express National Bank | $3,647.79 | $444.42 | $938.22 | $12.34 |
| New York State Department of Taxation and Finance | $1,054.56 | $128.48 | $271.23 | $3.57 |
| Cheryl Clements | $277,505.62 | $33,809.17 | $71,374.91 | $939.14 |
| Mansilla Consulting Corp | $5,000.00 | $609.16 | $1,286.01 | $16.92 |
| Total Claims | $295,487.97 | | | |
| Creditor Fund | $36,000.00 | | | |
| Receivables estimated collections | $40,000.00 | | | |
| Distribution no receivables | 12.18% | | | |
| Distribution with receivables | 25.72% | | | |