**EXHIBIT F:**
**PROJECTIONS**

**To be Filed no Later Than 10 Days**
**Before the Hearing to Consider the Disclosure Statement**